■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIK MAN LEE, Also Known as RICKY LEE, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on or about June 3, 1986, unanimously affirmed. Motion by appellant to unseal minutes is denied. No opinion. Concur—Kupferman, J. P., Ross, Milonas, Wallach and Rubin, JJ.

■ ALEXANDER'S DEPARTMENT STORES OF VALLEY STREAM, INC., Respondent-Appellant, v S & E REALTY COMPANY, Appellant-Respondent.—Order, Supreme Court, New York County (Stanley Parness, J.), entered on January 11, 1989, unanimously affirmed for reasons stated by Stanley Parness, J. Petitioner-respondent-appellant shall recover of respondent-appellant-respondent $250 costs and disbursements of this appeal and cross appeal. Concur—Kupferman, J. P., Ross, Carro, Ellerin and Rubin, JJ.

■ 521 PARK AVENUE TENANTS ASSOCIATION et al., Appellants, v 525 PARK AVENUE ASSOCIATES et al., Respondents.— Appeal from an order, Supreme Court, New York County (Francis Pecora, J.), entered on February 24, 1989, unanimously withdrawn in accordance with the terms and conditions of a stipulation dated May 17, 1989, without costs and without disbursements. The stay heretofore granted is hereby vacated. No opinion. Concur—Kupferman, J. P., Ross, Carro, Ellerin and Rubin, JJ.